# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LARRY RUNK, II, : No. 818 MAL 2015
:
         Petitioner :
:
          : Petition for Allowance of Appeal from
          : the Order of the Superior Court
         v. :
:
:
:
JOHN L. PENNOCK, M.D. AND CAPITAL :
AREA CARDIOVASCULAR SURGICAL :
INSTITUTE, PC, :
:
         Respondents :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Eakin did not participate in the decision of this matter.